```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
IN RE NOVAGOLD RESOURCES INC.         :    MASTER FILE:
SECURITIES LITIGATION                 :
                                      :    08 Civ. 7041 (DLC)
--------------------------------------:
THIS DOCUMENT RELATES TO:             :    ORDER
                                      :
All Actions                           :
-------------------------------------X

DENISE COTE, District Judge:

   The parties having notified the Court that this litigation has been settled, it is hereby

   ORDERED that the parties shall submit the necessary papers to obtain preliminary approval of the settlement by **April 1, 2010**.

   SO ORDERED:

Dated:   New York, New York
         February 16, 2010

                                    _____
                                            DENISE COTE
                                    United States District Judge